# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 24, 2012

No. 11-51185
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE GUEVARRA-BONILLA, also known as Jose Milton Bonilla-Guevara, also known as Jose Bonilla, also known as Milton Espinal-Hernandes, also known as Jose Guevara-Bonilla,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:11-CR-478-1

Before SMITH, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Jose Guevarra-Bonilla (Guevarra) pleaded guilty of illegal reentry following deportation and was sentenced to a 10-month term of imprisonment and to a three year period of supervised release. Guevarra has appealed, contending that the district court erred in overruling his objection to the imposition of a term of supervised release.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-51185

The parties have advised the court that Guevarra has completed his term of imprisonment and has been removed to Honduras. For that reason, they concede, the appeal is moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 383 (5th Cir. 2007).[1] We agree.

The appeal is DISMISSED AS MOOT. *See Rosenbaum-Alanis*, 483 F.3d at 383.

---

[1] Gueverra nonetheless noted his contention that *Rosenbaum-Alanis* conflicts with *United States v. Campos-Serrano*, 404 U.S. 293, 294 n.2 (1971), in order to preserve that argument for possible Supreme Court review.